**Electronically Filed
Supreme Court
SCWC-30460
02-DEC-2011
03:21 PM**

NO. SCWC-30460

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOHN APELE KALUAU, III, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30460; CR. NO. 09-1-0262K)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, and Duffy, JJ., with Acoba, J.,
dissenting separately, and McKenna, J., dissenting separately)

        Petitioner/Defendant-Appellant John Apele Kaluau, III's

application for writ of certiorari filed on October 24, 2011, is

hereby rejected.

        DATED:  Honolulu, Hawai'i, December 2, 2011.

Jeffrey A. Hawk
on the application for
petitioner/defendant-
appellant.

Linda L. Walton on the
response for respondent/
plaintiff-appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

